```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

```
HENRY J. EDWARDS, JR.,            *
                                  *
     Plaintiff,                   *
                                  *
vs.                               *   CIVIL ACTION 10-00134-B
                                  *
MICHAEL J. ASTRUE,                *
Commissioner of Social Security,  *
                                  *
     Defendant.                   *
```

### JUDGMENT

In accordance with the Order entered on September 27, 2011, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be **AFFIRMED.**

**DONE** this the **30th** day of **September**, **2011.**

                              /s/ SONJA F. BIVINS
                         UNITED STATES MAGISTRATE JUDGE